BOATMEN'S SAVINGS BANK, *Appellant*, v. OVERALL *et al., Garnishees.*

1. **Chattels**: POSSESSION EVIDENCE OF TITLE. That a man deposits money in the bank in his own name and draws it out on his personal check is *prima facie* evidence that the money is his.

2. **Fraudulent Conveyances.** An insolvent person may make a voluntary conveyance of property to his wife which will be good as against subsequent creditors, unless it is made with the intent to hinder, delay or defraud them.

3. **Instructions.** It is error to instruct the jury upon a hypothesis not warranted by the evidence.

4. **Evidence.** A jury cannot find the existence of a fact merely because a discredited witness has testified to the non-existence thereof.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*W. B. Thompson* for appellant.

*Hough, Overall & Judson* for respondents.

PER CURIAM.—The judgment in this case is affirmed on the ground and for the reasons stated in the opinion of the St. Louis court of appeals which is reported in 16 Mo. App. 510.

---

* These syllabi are taken from 16 Mo. App. 510.